# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | * * * | |
| v. | * * * | Civil Action No. CCB-19-2599 |
| STANLEY BLACK & DECKER, INC. | * | |

\*\*\*\*\*\*\*\*\*

## ORDER

The court has been advised that the administrative subpoena issued by the EEOC on March 18, 2019 (Subpoena No. BA-2019-212) directed to respondent Stanley Black & Decker has been complied with. (ECF 24). Accordingly, it is hereby ORDERED that:

1. The complaint is Dismissed;

2. The Clerk shall CLOSE this case; and

3. The Clerk shall Send a copy of this Order to counsel of record.

 10/29/2021   /S/
Date         Catherine C. Blake
             United States District Judge